# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED U.S. DISTRICT COURT
2020 MAR 30 PM 1:06
CLERK C. Robinson
SO. DIST. OF GA.

| | |
|---|---|
| DAKOTA DOUGLAS, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:18-cv-62 |
| v. | * |
| ANDREW SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19. Plaintiff did not file Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)